# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raquel Wilson, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>General Motors LLC, et al.,<br><br>    Defendants. | NO. CV-19-01419-PHX-MTL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed February 27, 2020, Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

Debra D. Lucas
Acting District Court Executive/Clerk of Court

February 27, 2020

By   s/ G. Puraty
     Deputy Clerk